THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 13, 2017

Susan V. Kelley
Chief United States Bankruptcy Judge

NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| PATRICIA J. WOLF and | ) | Case No. 16-29720-svk |
| TIMOTHY M. WOLF, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**ORDER ALLOWING COMPENSATION TO DEBTORS' ATTORNEYS**

Nickolai & Poletti, LLC, the attorneys for the Debtors, filed an Application for Compensation seeking allowance of $1,500.00 in unpaid compensation, consisting of $1,500.00 in fees and $0.00 in costs, through April 17, 2017. Notice of the Application was served on all creditors and parties in interest, and no objections were filed. The services provided were necessary and beneficial to the Debtor, and the compensation appears to be reasonable under 11 U.S.C. § 330(a)(4)(B) and allowable as an administrative expense under 11 U.S.C. § 503(b)(2).

IT IS THEREFORE ORDERED: The Court approves and allows compensation for Nickolai & Poletti, LLC, in the amount of $1,500.00 consisting of $1,500.00 in fees and $0.00 in costs, as an administrative expense in the Debtors' case, to be paid by the Trustee pursuant to 11 U.S.C. §§ 503(b)(2) and 1326(a)(2).

#####

Drafted by:
Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com